UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEVIN JEROME JONES, ) | |
| (TDCJ No. 1169005), ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | |
| VS. ) | 3:19-CV-2076-G (BN) |
| ) | |
| TOWONA HOLMES, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED.**

October 3, 2019.

_____
**A. JOE FISH**
**Senior United States District Judge**